**FILED**
December 28, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ELIZABETH JOHNSON, )<br>)<br>Defendant. ) | Case No. 2:18-MJ-00246-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ELIZABETH JOHNSON</u>, Case No. <u>2:18-MJ-00246-AC</u>, Charge <u>21 USC §§ 952(a), 960(a)(1), 960(b)(2)(B)(ii) and 841(a)(1), 841(b)(1)(B)(ii)(II)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ✔    Bail Posted in the Sum of $60,000.00

           ✔    Unsecured Appearance Bond

           ✔    (Other)    <u>Released to the custody of U.S. Pretrial Services on 12/28/2018 with Pretrial Release Supervision and Conditions of Release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>December 28, 2018</u> at <u>2:25 PM</u>.

By _____
Deborah Barnes
United States Magistrate Judge